# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

| | |
|---|---|
| CLARISSA COFFEY, individually and on behalf of all similarly situated persons, ) ) ) ) Plaintiff, ) ) v. ) ) O.K. FOODS, INC., ) ) ) Defendant. ) ) ) | No. 2:21-cv-02200-PKH |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant O.K. Foods, Inc. ("OK Foods"), for its motion for summary judgment, states:

1. Federal Rule of Civil Procedure 56(a) provides that "[a] party may move for summary judgment, identifying each claim or defense—or the part of each claim or defense—on which summary judgment is sought." Fed. R. Civ. P. 56(a). "The court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." *Id.*

2. The Court has bifurcated this case "to determine if a valid arbitration agreement exists" that would preclude Plaintiff Clarissa Coffey from pursuing her claims. (ECF No. 55, p. 9.)

3. Because discovery has established beyond any credible dispute that the parties' Binding Arbitration Agreement and Jury Trial Waiver is valid and enforceable, summary judgment on all of Plaintiff's claims is appropriate.

4. This motion is supported by an accompanying brief and statement of undisputed material facts. Defendants have appended the following exhibits to this motion:

- a. Exhibit 1, Declaration of Gary Potts;
    - i. Exhibit A, Coffey Arbitration Agreement (OK00015-OK00017);
    - ii. Exhibit B, Example Electronic Signature Acknowledgement;
    - iii. Exhibit C, Example Arbitration Agreement Process Screens;
    - iv. Exhibit D, Example "Submit All Documents" and Print Screen;
    - v. Exhibit E, Coffey Employment Documents (OK00001-OK00019); and
    - vi. Exhibit F, SuccessFactors System Log of Coffey Employment.
- b. Exhibit 2, Deposition of Plaintiff Clarissa Coffey;
- c. Exhibit 3, Plaintiff Clarissa Coffey's Responses to Requests for Admission; and
- d. Exhibit 4, Plaintiff Clarissa Coffey's Responses to Interrogatories.

WHEREFORE, Defendant O.K. Foods, Inc. respectfully requests that this Court grant its motion for summary judgment, dismiss the case, and compel this matter to arbitration.

Frederick H. Davis
Ark. Bar No. 2012271
KUTAK ROCK, LLP
124 West Capitol Avenue, Suite 2000
Little Rock, AR 72201-3706
Telephone: (501) 975-3000
E-mail: frederick.davis@kutakrock.com

K. Jon Breyer
MN Bar No. 302259 (*Admitted Pro Hac Vice*)
Aaron A. Myers
MN Bar No. 0311959 (*Admitted Pro Hac Vice*)
60 South Sixth Street, Suite 3400
Minneapolis, MN 55402
Telephone: (612) 334-5000
E-mail:  jon.breyer@kutakrock.com
          aaron.myers@kutakrock.com

*Attorneys for Defendant O.K. Foods, Inc.*