UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CLARISSA COFFEY,
individually and on behalf of
all similarly situated persons                                                                     PLAINTIFF

v.                              No. 2:21-CV-02200

OK FOODS INC.                                                                                       DEFENDANT

## JUDGMENT

Under the opinion and order entered in this case on this date, this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 6th day of January, 2023.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
U.S. DISTRICT JUDGE

1