# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1246

Clarissa Coffey, Individually and on behalf of all similarly situated persons

Appellant

v.

OK Foods, Inc.

Appellee

---

Appeal from U.S. District Court for the Western District of Arkansas - Ft. Smith
(2:21-cv-02200-PKH)

---

**MANDATE**

In accordance with the judgment of March 24, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 24, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit